IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY ALLEN TURNER
ADC # 111074                                                            PETITIONER

v.                          No. 5:11-cv-98-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                                                RESPONDENT

## ORDER

The Court has considered Magistrate Judge Ray's proposed findings and recommendations, *Document No. 15*, and Turner's objections, *Document No. 17*. After conducting a *de novo* review, the Court adopts Judge Ray's recommended disposition as its own. FED. R. CIV. P. 72(b)(3).

Turner waited nearly twelve years since the last activity in his state case before filing this habeas petition. In short, the statute of limitations has long run. 28 U.S.C. § 2244(d)(1)(A). And the record demonstrates no basis for statutory or equitable tolling. Turner's petition, *Document No. 2*, is therefore dismissed with prejudice. 28 U.S.C. § 2244(d).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2012