IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY ALLEN TURNER
ADC # 111074                                                    PETITIONER

v.                                    No. 5:11-cv-98-DPM

RAY HOBBS, Director, Arkansas
Department of Correction                              RESPONDENT

JUDGMENT

Turner's petition, *Document No. 2*, is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

6 April 2012